# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

**CR 19 0562 WHO**

JAIME AVINA BARAJAS,

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 922(o) – Possession of a Machinegun;
26 U.S.C. § 5861(d) – Possession of an Unregistered Firearm;
18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation

---

A true bill.

_____ Foreman

Filed in open court this __24th.__ day of
__October, 2019.__

_____ Clerk

Bail, $ _No bail warrant_

*FILED OCT 24 2019 SUSAN Y. SOONG CLERK, U.S. DISTRICT COURT NORTH DISTRICT OF CALIFORNIA*

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 922(o)
18 U.S.C. § 5861(d)

[REDACTED]

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Imprisonment of up to 10 years, fine of $250,000, 3 years of supervised release, $100 special assessment, forfeiture, denial of federal benefits, immigration consequences, including possible deportation.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**

▶ JAIME AVINA BARAJAS

DISTRICT COURT NUMBER

CR 19 0562 WHO

FILED OCT 24 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

Bureau of Alcohol, Tobacco, and Firearms

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   David L. Anderson
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Barbara J. Valliere

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)
    San Mateo County

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
    If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:   Before Judge:

Comments:

DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

BARBARA J. VALLIERE (DCBN 439353)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7039
    FAX: (415) 436-7234
    Barbara.Valliere@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 19 0562 |
| Plaintiff, | MOTION TO SEAL AND [PROPOSED] ORDER |
| v. | |
| JAIME AVINA BARAJAS, | [UNDER SEAL] |
| Defendant. | |

The United States hereby moves the Court for an order sealing this Motion, the Indictment, the Arrest Warrant, and this Sealing Order until further order of the Court. Disclosure of the existence of the Indictment and Arrest Warrant may cause the subject of the Indictment to flee, destroy evidence or conceal on-going criminal activity, jeopardizing the progress of the ongoing investigation and the arrest of the defendant. The United States also requests that a copy of the Indictment and Arrest Warrant be provided to agents of the Bureau of Alcohol, Tobacco, and Firearms, other law enforcement, and employees of the United States Attorney's Office, and that the Indictment and Arrest Warrant may be disclosed to

//

//

MOT. TO SEAL AND [PROP.] ORDER
[UNDER SEAL]

1  //
2  federal agents and other law enforcement officers in order to effectuate the arrest of the defendant.
3
4  DATED: 10/24/19                          Respectfully Submitted,
5                                           DAVID L. ANDERSON
                                            United States Attorney
6
7  _____
8  Barbara J. Valliere
   Assistant United States Attorney
9
10                                 **ORDER**
11     Based upon the motion of the government and for good cause shown, IT IS HEREBY
12  ORDERED that the government's Motion to Seal, Indictment, Arrest Warrants, this Sealing Order, and
13  other related documents in this case shall be sealed until further order of the Court.  A copy of the
14  Indictment and Arrest Warrants shall be provided to agents of the Bureau of Alcohol, Tobacco, and
15  Firearms, other law enforcement, and employees of the United States Attorney's Office, and the
16  Indictment and Arrest Warrants may be disclosed to federal agents and other law enforcement officers in
17  order to effectuate the arrest of the defendants.
18
19  DATED: 24 Oct 2019                       _____
20                                           HON. BERNARD ZIMMERMAN
                                             United States Magistrate Judge
21
22
23
24
25
26
27
28

MOT. TO SEAL AND [PROP.] ORDER
[UNDER SEAL]

1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
3
4
5
6
7



8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                 SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA,        ) CASE NO. CR 19 0562
                                     )
12        Plaintiff,                 ) VIOLATION:
                                     ) 18 U.S.C. § 922(o) – Possession of a Machinegun; 26
13     v.                            ) U.S.C. § 5861(d) – Possession of an Unregistered
                                     ) Firearm; 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
14  JAIME AVINA BARAJAS,             ) – Forfeiture Allegation
                                     )
15        Defendant.                 ) **Under Seal**
                                     )
16                                   )
                                     )
17  _____ )

18
                    I N D I C T M E N T
19
    The Grand Jury charges:
20
    COUNT ONE:        (18 U.S.C. § 922(o) – Possession of a Machinegun)
21
        On or about March 5, 2019, in the Northern District of California, the defendant,
22
                            JAIME AVINA BARAJAS,
23
    knowingly and unlawfully possessed a machinegun (any part designed and intended solely and
24
    exclusively for use in converting a weapon into a weapon that shoots and is designed to shoot
25
    automatically more than one shot, without manual reloading, by a single function of the trigger),
26
    specifically, a device commonly known as a "Glock switch," in violation of Title 18, United States
27
    Code, Section 922(o).
28

    INDICTMENT

COUNT TWO:   (26 U.S.C. §§ 5861(d) and 2 – Possession of Unregistered Firearm)

On or about March 5, 2019, in the Northern District of California, the defendant,

JAIME AVINA BARAJAS

did knowingly and unlawfully possess a machinegun (any part designed and intended solely and exclusively for use in converting a weapon into a weapon that shoots and is designed to shoot automatically more than one shot, without manual reloading, by a single function of the trigger), specifically, a device commonly known as a "Glock switch," which was not registered in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

FORFEITURE ALLEGATION:   (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

The allegations contained in the sole count of this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in this Indictment, the defendant,

JAIME AVINA BARAJAS ,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to, the following property:  one fire selector system capable of converting a firearm for semiautomatic and fully automatic fire, containing no manufacturer's marks or serial numbers.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21,

1  United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

2  All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code,
3  Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

5  DATED:                                                      A TRUE BILL.

6  10/24/19

7  _____
                                                               FOREPERSON
8                                                              San Francisco

9  DAVID L. ANDERSON
   United States Attorney

11 _____
12 BARBARA J. VALLIERE
   Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

*Instructions:* Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.

**CASE NAME:** USA v. JAIME AVINA BARAJAS

**CASE NUMBER:** CR 19 0562 WHO

| | | |
|---|---|---|
| **Is This Case Under Seal?** | Yes | No ✓ |
| **Total Number of Defendants:** | 1 ✓   2-7 | 8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes | No ✓ |
| **Venue (Per Crim. L.R. 18-1):** | SF ✓   OAK | SJ |
| **Is this a potential high-cost case?** | Yes | No ✓ |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes | No ✓ |
| **Is this a RICO Act gang case?** | Yes | No ✓ |

**Assigned AUSA (Lead Attorney):** AUSA BARBARA J. VALLIERE

**Date Submitted:** 10/24/19

**Comments:**

Form CAND-CRIM-COVER (Rev. 11/16)

RESET FORM   SAVE PDF